IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| **JOHN MARTIN FIALA,** | § | |
| Petitioner, | § | |
| v. | § | Civil Action No. **3:15-CV-3270-L-BH** |
| **LORIE DAVIS, Director,** | § | |
| **Texas Department of Criminal Justice,** | § | |
| **Correctional Institutions Division,** | § | |
| Respondent. | § | |

# ORDER

The case was referred to Magistrate Irma Carrillo Ramirez, who entered the Findings, Conclusions and Recommendation of the United States Magistrate Judge ("Report") on October 6, 2017, recommending that the court dismiss as moot this habeas action because the court was notified that Petitioner died on July 20, 2017. The court determines that the findings and conclusions of the magistrate judge are correct, **accepts** them as those of the court, and **dismisses as moot** this habeas action for the reasons stated in the Report.

**It is so ordered** this 2nd day of April, 2018.

_____
Sam A. Lindsay
United States District Judge

Order – Solo Page